```
 1  David P. Matthews
    TX No. 13206200
 2  Jason C. Webster
    TX No. 24033318
 3  MATTHEWS & ASSOCIATES
    2905 Sackett St.
 4  Houston, TX 77098
    (713) 522-5250
 5  (713) 535-7184 facsimile
    Attorneys for Plaintiffs
 6

 7

 8              UNITED STATES DISTRICT COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10
```

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-6469 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Roberta Whitley,<br>　　　　　　Plaintiffs,<br>　vs.<br>Pfizer Inc., et al.<br>　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Roberta Whitley, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010　　　MATTHEWS & ASSOCIATES

By: _____
　　David P. Matthews
　　*Attorneys for Plaintiffs*

-1-

| | | |
|---|---|---|
| 1 | DATED: Jan. 12, 2010 | DLA PIPER LLP (US) |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Michelle W. Sadowsky |
| | | *Attorneys for Defendants* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court